**Darryl WILSON, Appellant,**

v.

**CITY OF ST. LOUIS METROPOLITAN SEWER DISTRICT, Respondent.**

**No. 64126.**

Missouri Court of Appeals,
Eastern District,
Division Five.

May 24, 1994.

Nathan S. Cohen, St. Louis, for appellant.

Paula Eckrich, St. Louis, for respondent.

Before GARY M. GAERTNER, C.J., and PUDLOWSKI and SIMON, JJ.

*ORDER*

PER CURIAM.

Appellant, Darryl Wilson, appeals from an entry of directed verdict in this court-tried case, granted in favor of respondent, City of St. Louis Metropolitan Sewer District, at the close of appellant's evidence on a claim of racial discrimination. We affirm. We have reviewed the briefs of the parties and the legal file and find the findings and conclusions of the circuit court are not clearly erroneous. As we further find an extended opinion would have no precedential value, we affirm the circuit court's order pursuant to Rule 84.16(b). A memorandum solely for the use of the parties here involved has been provided explaining the reasons for our decision.

■

**Paul WARREN, Appellant,**

v.

**Paul CASPARI, et al., Respondents.**

**No. 64905.**

Missouri Court of Appeals,
Eastern District,
Division Two.

May 24, 1994.

Paul Warren, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, for respondents.

Before CRANE, P.J., and KAROHL and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Inmate Paul Warren appeals from an adverse decision on his "Petitioner [sic] for a Declaratory Judgment" seeking review of the Board of Probation and Parole's decision to extend his early release date. We affirm. *Clifton v. Ashcroft,* 780 F.Supp. 650 (E.D.Mo. 1992); Rule 84.16(b).